IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

DEMETRIA AMBROSE,

    Plaintiff,

v.                                                       2:11-cv-02486-dkv

NORTHSTAR FUNERAL SERVICES OF
TENNESSEE, LLC d/b/a MEMORIAL
PARK FUNERAL HOME,

    Defendants.

---

## STIPULATION OF DISMISSAL

---

COME NOW, the parties to this action, pursuant to Fed.R.Civ.P. 41, and announce to the Court that they have resolved the matters between them and agree to the dismissal of this case with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted this 16th day of April, 2013.

                                                        Respectfully submitted,

                                                        /s/James M. Simpson
                                                        James M. Simpson,          # 15023
                                                        Allen, Summers, Simpson, Lillie & Gresham, PLLC
                                                        80 Monroe Ave.
                                                        Suite 650
                                                        Memphis, Tennessee 38103
                                                        Phone: 901-763-4200
                                                         jsimpson@allensummers.com
                                                        *Counsel for Plaintiff*


                                                        /s/ Michael R. Marshall
                                                        Michael R. Marshall,        # 15225
                                                       Evans | Petree PC

1000 Ridgeway Loop Road
Suite 200
Memphis, TN   38120
Phone: 901-525-6781
Email: mmarshall@evanspetree.com

*Counsel for Defendants*